NOT FOR PUBLICATION                                                                      **CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Juan M. Perez,<br><br>   Plaintiff,<br><br>   v.<br><br>United States of America,<br><br>   Defendant. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 06-CV-1508 (DMC) |

This matter coming before the Court upon motion by Defendant United States of America to dismiss the Complaint of Plaintiff, Juan Perez, and the Court having further reviewed all submissions; and for the reasons stated in its Opinion issued on this day,

IT IS on this  21  day of May, 2007;

**ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint is **granted**

                S/ Dennis M. Cavanaugh
                Dennis M. Cavanaugh, U.S.D.J.

Orig:   Clerk
cc:    The Honorable Mark Falk, U.S.M.J.
     File

.
_____